IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STATE OF TEXAS, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. H-10-2492 |
| § | |
| ROSEHILL ENTERPRISES, LLC § | |
| dba HOUSTON ADMIRAL SERVICES § | |
| § | |
| Defendant. § | |

## ORDER

Riggs Aleshire & Ray, P.C., have moved for leave to withdraw as counsel for the defendants. (Docket Entry No. 18). The State of Texas opposes, noting that there will be delay while new counsel makes an appearance. (Docket Entry No. 19). Based on a careful review of the pleadings and motion and response, the motion to withdraw is granted. Because corporate entities may not proceed *pro se,* this court orders the corporate defendant to appoint new counsel who will file a Notice of Appearance with this court no later than May 27, 2011. If the defendant fails to do so, the State of Texas may move for judgment by default. The scheduling order deadlines are extended by 60 days. An amended scheduling order will be entered.

SIGNED on March 22, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge